■ PAULA GIBBS, Appellant, v STATE FARM FIRE AND CASU-ALTY Co., Respondent. (Appeal No. 2.) [26 NYS3d 914]—Appeal from a judgment of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 23, 2015. The judgment, insofar as appealed from, ordered a new trial on damages to the dwelling and additional living expenses unless plaintiff stipulates to damages of $43,000 and $11,669.60, respectively.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Curran and Scudder, JJ.